## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District District of Florida

Case Number: 1:23-CV-24363-JEM

Plaintiff:
**FREDERICK JOHNSON**

vs.

Defendant:
**NCL (BAHAMAS) LTD,**

For:
Nicholas Battaglia, Esq.
Rosenfeld Law Group, PLLC
4866 Sheridan St.
Room 1
Hollywood, FL 33021

Received by Action Legal Process & Investigative Group on the 19th day of December, 2023 at 4:45 pm to be served on **NCL (Bahamas) LTD., A Bermuda Company, d/b/a Norwegian Cruise Lines, Inc., by Serving it's Registered Agent, Daniel S Farkas, Esq., 7665 Corporate Center Drive, Miami, FL 33126**.

I, Carlos A. Melo, do hereby affirm that on the **20th day of December, 2023** at **12:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Complaint with Exhibit 1** with the date and hour of service endorsed thereon by me, to: **Joanna Jara as Legal Department, Authorized to accept for Daniel S Farkas, Esq. as Registered Agent** for **NCL (Bahamas) LTD., A Bermuda Company, d/b/a Norwegian Cruise Lines, Inc.,**, at the address of: **7300 Corporate Center Drive, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
12/20/2023  12:45 pm  Attempted service at 7665 Corporate Center Drive, Miami, FL 33126. I was advised by the Security, all service must go through the Legal Department located at 7300 Corporate Center Drive, Miami, FL 33126.

I, being first duly sworn, on oath deposes and states:  That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action and have the proper authority in the jurisdiction in which this service was made. Pursuant to Chapter 48 of Florida Statutes.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate. Notary not required pursuant to FL Statute 92.525.

Carlos A. Melo
C.P.S. #1039

**Action Legal Process & Investigative Group
11859 SW 248th Terrace
Miami, FL 33032
(305) 479-6386**

Our Job Serial Number: MEL-2023003092
Ref: Johnson

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FREDERICK JOHNSON <br><br> *Plaintiff(s)* <br> v. <br><br> NCL (BAHAMAS) LTD, <br> A BERMUDA COMPANY d/b/a <br> NORWEGIAN CRUISE LINE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 1:23-cv-24363-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel S Farkas, Esq. at 7665 Corporate Center Drive, Miami FL, 33126 as Registered Agent for NCL (Bahamas) LTD., A Bermuda Company, d/b/a NORWEGIAN CRUISE LINES, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    The Rosenfeld Law Group, PLLC
Nicholas Battaglia
66 W. Flagler St.
Suite 900 - #1284
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 14, 2023

Angela E. Noble
Clerk of Court



s/ W. Cendejas
Deputy Clerk
U.S. District Courts